**Order entered December 14, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-01313-CV

## IN RE MATTHEWS RETAIL GROUP, INC. D/B/A MATTHEWS REAL ESTATE INVESTMENT SERVICES, ANDREW GROSS, AND LEE CORDOVA, Relators

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-12550**

## ORDER
Before Justices Schenck, Reichek, and Carlyle

Based on the Court's opinion of today's date, we **GRANT** relators' motion to

dismiss, **DENY** relators' motion for stay, and **DISMISS** this original proceeding.


/s/    CORY L. CARLYLE
       JUSTICE